FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2001 SEP 25 P 3: 13
CLERK'S OFFICE
AT BALTIMORE
BY ________ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CARMEN THOMPSON, et al. *

Plaintiffs *

vs. * Civil Action No. MJG-95-309

UNITED STATES DEPARTMENT OF *
HOUSING AND URBAN DEVELOPMENT,
et al. *

Defendants *

* * * * * * * * *

MEMORANDUM AND ORDER

The Court has before it Plaintiffs' Motion For Leave to Amend Complaint and the materials submitted relating thereto. The Court finds that neither a response nor a hearing is necessary.

Plaintiffs have accepted the Court's invitation to amend the Complaint to make more clear or expose (depending upon one's points of view) the precise nature of certain of their claims. It is likely that the Federal Defendants will contend that Plaintiffs' amendment would be futile in whole or part. The Court finds it appropriate to consider the Federal Defendants' contentions regarding the inadequacy of the Amended Complaint in the context of a motion to dismiss.

9m
9-25-01

(279)

Accordingly:

1. Plaintiffs' Motion For Leave to Amend Complaint is GRANTED.

2. The Amended and Supplemental Class Action Complaint is deemed filed on the date of this Order.

3. In due course, the Defendants shall respond to the Amended Complaint by Answer, Motion to Dismiss, or, if appropriate, by a one line statement of adoption of a previously filed Answer.

SO ORDERED this 24th day of September, 2001.

Marvin J. Garbis
United States District Judge