_____ FILED   _____ ENTERED
_____ LOGGED  _____ RECEIVED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JUN 0 6 2011

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ DEPUTY

CARMEN THOMPSON, et al.,           *
      Plaintiff(s)
                                                             *   Case No.: 95-cv-309-MJG

vs.                                *

U.S. DEP'T OF HOUSING & URBAN DEVEL
      Defendant(s)                 *

******

**REQUEST FOR ENTRY OF APPEARANCE
ON BEHALF OF A FEDERAL GOVERNMENT AGENCY***

Please enter my appearance in this case on behalf of U.S. Dep't of Housing & Urban Develop.

I have been admitted to practice law in the following jurisdictions (states or the District of Columbia):

| STATE COURT | DATE OF ADMISSION |
|---|---|
| New York | January 20, 2011 |
|  |  |
|  |  |

I am a member in good standing of the bars of each of the jurisdictions listed above.

I understand that this entry of appearance is for this case only and does not constitute formal admission to the bar of this Court.

I understand that I must register to use the electronic filing system and will be issued a login and password for use in this case only.

For Court Use: Forward to Attorney Admissions

---

* To be filed in paper format.

I understand that I must immediately notify the Court of any change in my address, phone number, and email address and that if I fail to do so, my appearance in this case will be terminated.

Respectfully submitted,

_____
Signature

Daniel Schwei
_____
Printed Name

U.S. Department of Justice
_____
Agency

20 Massachusetts Ave. NW, Room 6145
_____
Address

Washington, DC 20001
_____
City, State, Zip Code

202-305-8693
_____
Phone Number

202-616-8470
_____
Fax Number

daniel.s.schwei@usdoj.gov
_____
Email Address