IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CARMEN THOMPSON, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT )<br>OF HOUSING AND URBAN )<br>DEVELOPMENT, *et al.*, )<br>)<br>Defendants. ) | Civil Action No. MJG 95-309 |

## STIPULATION TO MODIFY SETTLEMENT AGREEMENT

Pursuant to Section XXV of the Settlement Agreement approved by the Court in this action and filed on September 13, 2012 (Document No. 888) ("Settlement Agreement"), the Parties to the Settlement Agreement hereby stipulate and agree to modify the Settlement Agreement to extend the period for the Housing Authority of Baltimore City (HABC) to perform its obligations under Section IV.L.5 of the Settlement Agreement, to allow HABC to use Hollander Ridge Replacement Funds to acquire units for conversion to project-based Section 8 housing pursuant to the Rental Assistance Demonstration (RAD), and to specify certain dates, unit quantities, and milestones related to the use of the Replacement Funds and production of Replacement Units.

Specifically, the proposed amendment to Section IV.L.5 of the Settlement Agreement would: (a) change the May 1, 2015 date referenced in that section for the commencement of a project or projects fully obligating the $7,140,000 in Replacement Funds to July 1, 2019; (b) in light of the project delays, further specify the number of units to be created and the Local Parties' obligations to provide Replacement Funds, (c) establish certain additional milestones related to said project or projects, and (d) allow for the public housing units to be converted under the

Rental Assistance Demonstration. The revised text of Section IV.L.5 is attached to this filing as Exhibit A. A comparison version of Section IV.L.5 showing the changes from the existing Settlement Agreement is attached as Exhibit B.

The Parties request that this Court approve this agreement, without requiring notice to the Class, as provided for by Section XXV of the Settlement Agreement. The proposed amendment has been agreed upon by all Parties and the type of relief provided to the plaintiff class will remain substantively the same under the amended Settlement Agreement.

Plaintiffs Carmen Thompson, *et al.*

By: _____
Andrew D. Freeman (Bar No. 03867)
Brown, Goldstein & Levy, LLP
120 E. Baltimore Street, Suite 1700
Baltimore, Maryland 21202
(410) 962-1030

Barbara A. Samuels (Bar No. 08681)
American Civil Liberties Union
Foundation of Maryland
3600 Clipper Mill Road, Suite 350
Baltimore, Maryland 21211
(410) 889-8550

*Counsel to Plaintiffs*

Federal Defendants The United States Department of Housing and Urban Development and Its Secretary

By: _____
Gary D. Feldon (D.C. Bar No. 987142)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue,
Washington, DC 20530
(202) 514-4686

*Counsel to Federal Defendants*

Local Parties Housing Authority of Baltimore City and Mayor & City Council Of Baltimore

By: _____
William F. Ryan, Jr. (Bar No. 00360)
Whiteford, Taylor & Preston
7 St. Paul Street
Baltimore, Maryland 21202

*Counsel to Local Parties*