IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CARMEN THOMPSON, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES DEPARTMENT ) <br> OF HOUSING AND URBAN ) <br> DEVELOPMENT, *et al.* ) <br> ) <br> Defendants. ) | Civil Action No. MJG 95-309 |

[proposed] **ORDER**

Upon consideration of the Parties' Stipulation to Modify Settlement Agreement and the entire record herein,

**IT IS HEREBY ORDERED** that the Parties' stipulation is **APPROVED**; and it is

**FURTHER ORDERED** that the settlement agreement approved by the Court in this action and filed on September 13, 2012 (ECF No. 888) is AMENDED in accordance with Exhibit A to the Parties' stipulation, a copy of which is attached to this Order.

_____
Hon.
United States District Court Judge
District of Maryland

Date: November __, 2021

# EXHIBIT A

**IV.L.5**

e. Unless otherwise agreed to by Plaintiffs, all of the Deeply Subsidized Units shall be developed in accordance with federal public housing development requirements and, if the Deeply Subsidized Units are to be converted to Rental Assistance Demonstration ("RAD") units, then under the RAD requirements and subject to local criteria that are at least as protective of tenant rights and the long term affordability of the units as any such local criteria that may otherwise apply to certain HABC RAD projects, including but not limited to the Long Term Affordable Criteria Applicable to Units at the Sites Under the Rental Assistance Demonstration (the "RAD LTA Criteria") attached as Exhibit 5 to the Supplemental Consent Decree in Bailey v. Housing Authority of Baltimore City, 02-CV-225, and U.S. v. Housing Authority of Baltimore City, 04-CV-03107. It is the intention of the parties that the Deeply Subsidized Units will first be subsidized with public housing operating subsidy and then the subsidy will convert to either project-based rental assistance or project-based voucher assistance pursuant to the RAD Statute (Public Law 112-55) or a successor provision of law, and the PIH Notice 2012-32 as may be revised (the "RAD Notice"). In the event of a RAD conversion to project-based rental assistance, these units shall be operated as low income rental housing under the Multifamily Assisted Housing Reform and Affordability Act of 1997 and its implementing regulations at 24 CFR Part 880, as excepted under the RAD Notice, and the local RAD LTA Criteria. In the event of a RAD conversion to project-based voucher assistance, the units shall be administered by HABC pursuant to a Housing Assistance Payment contract in accordance with Section 8(o) of the United States Housing Act of 1937 and its implementing regulations at 24 CFR Part 983, as excepted under the RAD Notice, and the local RAD LTA Criteria. If HABC is unable to convert the units' subsidy under RAD, then the units will be assisted with public housing operating subsidy, such subsidies being provided by HUD, through HABC, under Section 9 of the U.S. Housing Act of 1937, as amended (or a successor provision of law) (the "Act"), and HABC shall operate these units as public housing under the Act.